UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00526
    JANICE D AUSTIN
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-3265

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was not confirmed.

     The case was dismissed without confirmation 03/31/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| KAY JEWELERS | SECURED | 1168.03 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 2226.06 | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 1362.37 | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | 2545.15 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 10000.00 | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | 3174.05 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 476.73 | .00 | .00 |
| CONSUMER FINANCIAL SERVI | SECURED | 1200.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | 300.00 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| CASHNETUSA.COM | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWAY FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY STORE OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY STORE OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY STORE OF ILLINOIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALUTE | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF FOREST PARK | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER FINANCIAL SERVI | UNSECURED | 419.39 | .00 | .00 |
| STEFANS STEFANS & STEFAN | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00526 JANICE D AUSTIN

```
TRUSTEE                                       .00

PRIORITY                                                     .00
SECURED                                                      .00
UNSECURED                                                    .00
ADMINISTRATIVE                                               .00
TRUSTEE COMPENSATION                                         .00
DEBTOR REFUND                                                .00
                              ---------------   ---------------
TOTALS                               .00               .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 06/25/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE